AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:  510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JERIN FENTON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIN FENTON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMPORIUM SF, LLC; DIVISADERO HAYES, LLC,<br><br>　　　　Defendants. | Case No. 3:24-cv-4604-PHK<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: July 30, 2024 |

## <u>STIPULATION</u>

Plaintiff JERIN FENTON ("Plaintiff") and Defendants EMPORIUM SF, LLC;

DIVISADERO HAYES, LLC ("Defendants") – Plaintiff and Defendants together the "Parties" –

hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the

above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own

attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  January 17, 2025　　　　　　　　CLEFTON DISABILITY LAW


　　　　<u>　　/s/ Aaron M. Clefton　　　</u>
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
JERIN FENTON

1  Dated: January 17, 2025                    GORDON REES SCULLY
2                                             MANSUKHANI, LLP

3

4                                             _____/s/ Marie Trimble Holvick_____
                                             By MARIE TRIMBLE HOLVICK, Esq.
5                                             Attorney for Defendant
                                             EMPORIUM SF, LLC
6  Date: January 17, 2025                     JOANNA KOZUBAL, ESQ.

7

8                                             _____/s/ Joanna Kozubal_____
9                                             By JOANNA KOZUBAL, Esq.
                                             Attorney for Defendant
10                                            DIVISADERO HAYES, LLC

11

12                           **FILER'S ATTESTATION**

13         Pursuant to Local Rule 5-1, I hereby attest that I, Aaron Clefton, attorney with Rein &

14  Clefton, received the concurrence of Marie Trimble Holovick and Joanna Dozubal in the filing

15  of this document.

16

17                                            _____/s/ Aaron Clefton_____
                                             Aaron Clefton
18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

Dated: _____, 2025                    _____

4
                                           Honorable Peter H. Kang
5                                          U.S. Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -